UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO.  21-00176** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **MORRIS JAMES (01)** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, Defendant's Motion to Suppress (Rec. Doc. 19) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of May, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE